*E-Filed: March 6, 2014*

1  Eileen M. Bissen, State Bar No. 245821
   Chloe Quail, State Bar No. 262797
2  NEYHART, ANDERSON, FLYNN & GROSBOLL
   369 Pine Street, Suite 800
3  San Francisco, CA 94104
   Tel.   (415) 677-9440
4  Fax   (415) 677-9445
   Email: ebissen@neyhartlaw.com

**Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS HEALTH & WELFARE TRUST FUND, PACIFIC COAST ROOFERS PENSION PLAN, EAST BAY/NORTH BAY ROOFERS VACATION TRUST FUND, BAY AREA COUNTIES ROOFING INDUSTRY PROMOTION FUND, BAY AREA COUNTIES ROOFING INDUSTRY APPRENTICESHIP TRAINING FUND; DOUG ZIEGLER, as Trustee of the above,<br><br>                    Plaintiffs,<br>    v.<br><br>BLUE SUN METALS, INC., a California corporation; BLUE SUN ENGINEERED METAL SYSTEMS, INC. dba AMS CONSTRUCTION, a California corporation;<br><br>                    Defendants. | Case No.   14-cv-00349-HRL<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT'S TIME TO ANSWER THE COMPLAINT**<br><br>Fed. R. Civ. P. 6(b)(1)(A) |

NEYHART, ANDERSON, FLYNN & GROSBOLL
ATTORNEYS AT LAW

**STIPULATION AND ORDER TO EXTEND TIME**

0

WHEREFORE, for the foregoing reasons, the parties stipulate that Defendants shall have up to and including April 4, 2014 to answer Plaintiffs' Complaint.

IT IS SO STIPULATED

Dated: March ___, 2014

**NEYHART, ANDERSON, FLYNN & GROSBOLL, APC**

By: _____
Eileen M. Bissen
Attorneys for Plaintiffs

Dated: March 4, 2014

By: /s/ Stephen Hetrick
Stephen Hetrick
on behalf of Defendants

IT IS SO ORDERED

Dated: March ___, 2014

By: _____
Howard Lloyd
US District Court Magistrate

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

STIPULATION AND ORDER TO EXTEND TIME

2

WHEREFORE, for the foregoing reasons, the parties stipulate that Defendants shall have up to and including April 4, 2014 to answer Plaintiffs' Complaint.

IT IS SO STIPULATED

Dated: March 4, 2014

NEYHART, ANDERSON, FLYNN & GROSBOLL, APC

By: _____
Eileen M. Bissen
Attorneys for Plaintiffs

Dated: March ___, 2014

By: _____
Stephen Hetrick
on behalf of Defendants

IT IS SO ORDERED

Dated: March 6, 2014

By: _____
Howard Lloyd
US District Court Magistrate

**STIPULATION AND ORDER TO EXTEND TIME**