*E-Filed: May 21, 2014*

1  Eileen M. Bissen, State Bar No. 245821
   NEYHART, ANDERSON, FLYNN & GROSBOLL
2  369 Pine Street, Suite 800
   San Francisco, CA  94104
3  Tel.   (415) 677-9440
   Fax   (415) 677-9445
4  Email: ebissen@neyhartlaw.com

5  **Attorneys for Plaintiffs**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE BAY AREA ROOFERS HEALTH & WELFARE TRUST FUND, PACIFIC COAST ROOFERS PENSION PLAN, EAST BAY/NORTH BAY ROOFERS VACATION TRUST FUND, BAY AREA COUNTIES ROOFING INDUSTRY PROMOTION FUND, BAY AREA COUNTIES ROOFING INDUSTRY APPRENTICESHIP TRAINING FUND; DOUG ZIEGLER, as Trustee of the above,<br><br>　　　　　　　Plaintiffs,<br>　v.<br><br>BLUE SUN METALS, INC., a California corporation; BLUE SUN ENGINEERED METAL SYSTEMS, INC. dba AMS CONSTRUCTION, a California corporation;<br><br>　　　　　　　Defendants. | Case No.   14-cv-00349-HRL<br><br>[~~PROPOSED~~] **CONTINGENT ORDER OF DISMISSAL** |

[~~PROPOSED~~] ORDER

Having been notified by the parties that they have agreed to a settlement of this action,

IT IS HEREBY ORDERED that this action is dismissed, provided, however, that if Plaintiffs certify to this Court, on or before November 15, 2014, with proof of service thereon on the Defendant and/or its counsel, that Defendant has failed to comply with the agreed-upon settlement terms, this action shall be restored to the calendar and Plaintiffs can file the parties' Stipulation for Entry of Judgment.

**IT IS SO ORDERED.**

Dated: May 20, 2014

_____
HONORABLE HOWARD R. LLOYD
U.S. District Court Magistrate Judge

NEYHART,
ANDERSON,
FLYNN &
GROSBOLL
ATTORNEYS AT LAW

[~~PROPOSED~~] CONTINGENT ORDER OF DISMISSAL
Case No. 14-cv-00349-HRL

1